544 S.E.2d 633

**In the Matter of Russell S. STEMKE, Respondent.**

Court of Appeals of South Carolina.

Feb. 22, 2001.

## ORDER

Respondent was suspended on November 20, 2000, for a period of three months. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR. The request is granted and he is hereby reinstated to the practice of law in this state.

/s/ Jean H. Toal,
Chief Justice